**IT IS SO ORDERED.**

**SIGNED THIS: July 21, 2022**

_____
**Mary P. Gorman
United States Bankruptcy Judge**

_____

U.S BANKRUPTCY COURT
Central District of Illinois

In re:  Richard Kraft                                          Case No.   22−70193

Debtor

### ORDER

A hearing having been held on July 21, 2022, regarding confirmation of the Debtor's Chapter 13 Plan (Document # 2);

IT IS HEREBY ORDERED:

1. Confirmation of the Debtor's Chapter 13 Plan (Document # 2) is denied.

2. Debtor is granted until August 11, 2022, to file a First Amended Chapter 13 Plan.

3. Failure to comply with the terms of this order may result in this case being dismissed without further notice or hearing.

###