IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| | ) | | |
| RICHARD KRAFT | ) | Case No. 22-70193 | |
| | ) | Chapter 13 | |
| Debtor. | ) | | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, a copy of the Amended Forms 106 & 107, Amended Schedules A/B, I, and Amended Declaration about an Individual Debtor's Schedules was served by regular United States mail to all interested parties listed below.

    Cadle Company
    Attn: 0N130604
    100 North Center Street
    Newton Falls, OH 44444

And served electronically on:

U.S. Trustee

Paul Porvaznik

Chapter 13 Trustee, Marsha L Combs-Skinner

    /s/ John L. GreenLeaf
        John L. GreenLeaf

GREENLEAF LAW OFFICE, LTD.
JOHN L. GREENLEAF, JR.
Counselor at Law
2456 North Main
Decatur, IL 62526
E-mail: GreenLeafLaw@comcast.net