IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

In Re: )
)
RICHARD KRAFT ) Case No. 22-70193
) Chapter 13
Debtor. )

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, a copy of the First Amended Chapter 13 Plan was served by regular United States mail to all interested parties listed below.

See attached matrix

And served electronically on:

U.S. Trustee

Paul Porvaznik

Chapter 13 Trustee, Marsha L Combs-Skinner

/s/ John L. GreenLeaf
John L. GreenLeaf

GREENLEAF LAW OFFICE, LTD.
JOHN L. GREENLEAF, JR.
Counselor at Law
2456 North Main
Decatur, IL 62526
E-mail: GreenLeafLaw@comcast.net
Telephone: (217) 422-2771

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0753-3<br>Case 22-70193<br>Central District of Illinois<br>Springfield<br>Fri Aug 26 08:25:17 CDT 2022 | The Cadle Company<br>100 North Center Street<br>Newton Falls, OH 44444-1380 | Springfield<br>226 US Courthouse<br>600 E Monroe Street<br>Springfield, IL 62701-1626 |
| Cadle Company<br>c/o Plummer law office<br>404 North Douglas Street<br>Shelbyville, IL 62565-1346 | Decatur Earthmover Credit Union<br>2600 E Dividend<br>Decatur, IL 62526-2100 | Decatur Memorial Hospital<br>2300 N Edwards Street<br>Decatur, IL 62526-4192 |
| MCCI<br>306 W Eldorado St<br>Decatur, IL 62522-2110 | The Cadle Company<br>Attn: ON130604<br>100 North Center Street<br>Newton Falls, OH 44444-1380 | U.S. Trustee<br>Office Of Nancy J. Gargula U.S. Trustee<br>401 Main St #1100<br>Peoria, IL 61602-1241 |
| John L GreenLeaf Jr<br>GreenLeaf Law Office, Ltd.<br>2456 North Main Street<br>Decatur, IL 62526-4377 | Marsha L Combs-Skinner<br>Chapter 13 Standing Bankruptcy Trustee<br>108 S. Broadway<br>PO Box 349<br>Newman, IL 61942-0349 | Richard Kraft<br>1403 West Highland<br>Decatur, IL 62526-1509 |

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11