Form amplnntc

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Richard Kraft
*Debtor*

*Case No.:* 22−70193

*Chapter:* 13

## NOTICE

Notice is hereby provided:

On 8/25/22 , the debtor(s) filed a First Amended Chapter 13 Plan (Document Number **32**).

If you have not received a copy of the First Amended Plan, you should contact the debtor's attorney and request a copy.
Attorney for Debtor

John L GreenLeaf Jr
GreenLeaf Law Office, Ltd.
2456 North Main Street
Decatur, IL 62526

217−422−2771

The First Amended Plan referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you disagree with the treatment of your claim under the First Amended Plan or do not want the First Amended Plan confirmed for any reason, the Court will consider your views upon the filing of a ***written*** objection with the Court which explains your position.

YOU ARE FURTHER NOTIFIED that **9/18/22** is set as the last date for filing a written objection to confirmation of the First Amended Plan. If no objections are filed, the Court will enter an order confirming the First Amended Plan.

Dated: 8/26/22

/S/ Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

| | |
|---|---|
| In re: | Case No. 22-70193-mpg |
| Richard Kraft | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 26, 2022 | Form ID: amplnntc | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Kraft, 1403 West Highland, Decatur, IL 62526-1509 |
| 7308762 | + | Cadle Company, c/o Plummer law office, 404 North Douglas Street, Shelbyville, IL 62565-1346 |
| 7308763 | + | Decatur Earthmover Credit Union, 2600 E Dividend, Decatur, IL 62526-2100 |
| 7308764 | + | Decatur Memorial Hospital, 2300 N Edwards Street, Decatur, IL 62526-4192 |
| 7308765 | + | MCCI, 306 W Eldorado St, Decatur, IL 62522-2110 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: gocadle@cadleco.com | Aug 26 2022 19:26:00 | The Cadle Company, 100 North Center Street, Newton Falls, OH 44444-1380 |
| 7314442 | + | Email/Text: gocadle@cadleco.com | Aug 26 2022 19:26:00 | The Cadle Company, Attn: 0N130604, 100 North Center Street, Newton Falls, OH 44444-1380 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emmet A Fairfield | |
| | on behalf of Creditor The Cadle Company efairfield@bhslaw.com  cjupp@bhslaw.com |

| | |
|---|---|
| John L GreenLeaf, Jr | on behalf of Debtor Richard Kraft GreenLeafLaw@comcast.net |
| Marsha L Combs-Skinner | marsha@ch13cdil.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 4