# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
|     RICHARD KRAFT | ) |
| | ) Case No. 22-70193 |
| | ) |
|     Debtor. | ) Chapter 13 |

## **TRUSTEE'S OBJECTION TO CONFIRMATION OF THE FIRST AMENDED PLAN**

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by her attorney, Ken Siomos, and for her Objection to Confirmation of the First Amended Plan states as follows:

1. The total of Plan payments listed is $61,488.00; the Plan lists the total as $61,532.00.

2. Although the Trustee generally does not object to *Till* rates, this Plan proposes 0.00% which is clearly not consistent with *Till*.

3. The Plan lists the value of the property as $47,000.00; amended schedules filed along with the Plan list it as worth $32,000.00 due to environmental damage at one of the properties.

4. The property allegedly in need of cleanup was described by the Debtor as about 5 acres of farmland; the Debtor testified to there being two buildings on the property, though the Amended Schedules continue to indicate that it is simply land.

5. Though not assessed as farmland, if the property has nearly 5.0 acres of farmable land as stated by the Debtor, its value is not $17,000.00; the Trustee requests an appraisal or market analysis to establish value as there could be a liquidation value for the property, even if Cadle Company is fully secured.

6. No document has been given for the $10,000.00 cleanup estimate.

7. The Trustee does not have the first CMI period pay advice as requested on the

confirmation report.

WHEREFORE, Marsha L. Combs-Skinner, the Chapter 13 Standing Trustee prays that the Court deny confirmation of the First Amended Plan.

    Respectfully Submitted by
    Marsha L. Combs-Skinner,
    Chapter 13 Standing Trustee

By: /s/ Ken Siomos
    Staff Attorney
Marsha L. Combs-Skinner
Chapter 13 Standing Trustee
Central District of Illinois
108 S. Broadway, P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730
E-Mail: Ken@ch13cdil.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon, John L. Greenleaf, Jr., Attorney for the Debtor, and the United States Trustee, by electronic notification through ECF on September 6, 2022, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Richard Kraft

1403 West Highland
Decatur, Il 62526

    /s/ Ken Siomos
    Staff Attorney