Form stlhrgci

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Richard Kraft  *Case No.:* 22–70193
*Debtor(s)*  *Chapter* 13

---

*PLEASE TAKE NOTICE* that a Telephonic hearing will be held:

on 10/6/22 at 02:00 PM

to consider and act upon the following:

First Amended Chapter 13 Plan (doc #32)

**Parties participating in this hearing are directed to call 1–877–336–1829 five minutes prior to the hearing time. Use Access Code 8878507. Pro se debtors will be allowed to participate in telephonic hearings.**

**Multiple hearings may be set at the same time. Please remain on the line until your hearing(s) are concluded. Participants are encouraged to review Judge Gorman's Telephonic Hearings' procedures prior to the scheduled hearing.**

http://www.ilcb.uscourts.gov/content/hon–mary–p–gorman#mpg_tele_hearings

*Please be advised telephone conferences are recorded.*

*A continuance will be considered by the Court ONLY upon a motion establishing good cause, submitted at least two business days before the conference call.*

Dated: 9/20/22

  /S/  Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.