Form 11cnfpln

**UNITED STATES BANKRUPTCY COURT**
Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Richard Kraft                    *Case No.:* 22−70193
        *Debtor*

                                          *Chapter:* 13

## *NOTICE OF ORDER CONFIRMING PLAN*

*Notice is hereby provided:*

A text−only Order (Document Number 47) was entered in this Court on 11/10/22, confirming the First Amended Chapter 13 Plan which was filed by the Debtor on 8/25/22.

On or before 11/24/22, the attorney for the Debtor shall mail a copy of this Notice to all creditors and file a certificate of service with the Court.

*Dated:* 11/10/22

                        _/S/   Adrienne D. Atkins_
                        Clerk, U.S. Bankruptcy Court

        Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

In re:                                                                        Case No. 22-70193-mpg

Richard Kraft                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0753-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 11cnfpln | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

**Recip ID**          **Recipient Name and Address**
db             +  Richard Kraft, 1403 West Highland, Decatur, IL 62526-1509

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmet A Fairfield | on behalf of Creditor The Cadle Company efairfield@bhslaw.com lbumgardner@bhslaw.com |
| John L GreenLeaf, Jr | on behalf of Debtor Richard Kraft GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| Kenneth Takis Siomos | on behalf of Trustee Marsha L Combs-Skinner ken@ch13cdil.com |
| Marsha L Combs-Skinner | marsha@ch13cdil.com marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 5