IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

In Re: )
)
RICHARD KRAFT ) Case No. 22-70193
) Chapter 13
Debtor. )

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, a copy of the First Amended Chapter 13 Plan was served by regular United States mail to all interested parties listed below.

See attached matrix

And served electronically on:

U.S. Trustee

Paul Porvaznik

Chapter 13 Trustee, Marsha L Combs-Skinner

/s/ John L. GreenLeaf
John L. GreenLeaf

GREENLEAF LAW OFFICE, LTD.
JOHN L. GREENLEAF, JR.
Counselor at Law
2456 North Main
Decatur, IL 62526
E-mail: GreenLeafLaw@comcast.net
Telephone: (217) 422-2771

1

Label Matrix for local noticing
0753-3
Case 22-70193
Central District of Illinois
Springfield
Thu Dec  1 10:58:06 CST 2022

Cadle Company
c/o Plummer law office
404 North Douglas Street
Shelbyville, IL 62565-1346

MCCI
306 W Eldorado St
Decatur, IL 62522-2110

John L GreenLeaf Jr
GreenLeaf Law Office, Ltd.
2456 North Main Street
Decatur, IL 62526-4377

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11

The Cadle Company
100 North Center Street
Newton Falls, OH 44444-1380

Decatur Earthmover Credit Union
2600 E Dividend
Decatur, IL 62526-2100

The Cadle Company
Attn: ON130604
100 North Center Street
Newton Falls, OH 44444-1380

Marsha L Combs-Skinner
Chapter 13 Standing Bankruptcy Trustee
108 S. Broadway
PO Box 349
Newman, IL 61942-0349

Springfield
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701-1626

Decatur Memorial Hospital
2300 N Edwards Street
Decatur, IL 62526-4192

U.S. Trustee
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, IL 61602-1241

Richard Kraft
1403 West Highland
Decatur, IL 62526-1509